IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

Tony & Danny Corporation, )     CV 07-00413 HG-LEK
                          )
          Plaintiff,      )
                          )
     vs.                  )
                          )
North American Capacity   )
Insurance Company and Doe )
Defendants 1-10,          )
                          )
          Defendants.     )
_____ )
___


ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

     Findings and Recommendation having been filed and

served on all parties on August 12, 2008, and no

objections having been filed by any party,

//

//

//

//

//

//

//

//

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation, document no. 44, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 4, 2008.



  **/s/ Helen Gillmor**

Chief United States District Judge